AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Reginald Creshawn Doss<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  4:21-MJ-305<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2, 2021,__ in the county of __Polk__ in the
__Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in possession of firearm |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Ryan Garrett, Detective, DMPD
_Printed name and title_

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: __05/06/2021__

_Judge's signature_

City and state: __Des Moines, Iowa__    Ross A. Walters, United States Magistrate Judge
_Printed name and title_



FILED
By: Clerk's Office, Southern District of Iowa
10:43 am, May 06 2021